## *MITCHELL DINNERSTEIN*

*Attorney at Law*

350 Broadway, Suite 700

New York, New York 10013

212-925-0793

(Fax) 212-625-3939

December 7, 2007

The Honorable Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: <u>USA V. JOSE ZAMAYA, et. al.</u>**
  **<u>Client: VICTOR PEREZ</u>**
  **<u>07 Cr 564 (DLC)</u>**

Dear Judge Cote:

    I am writing on behalf of the above-named client, Victor Perez to respectfully request the Court to modify his bail conditions.

    On May 15, 2007, in the Southern District of New York before Magistrate Judge Henry Pitman, the defendant was released on an secured bond that restricted the defendant's travel to the Eastern District of New York, the Southern District of New York and the District of New Jersey where the defendant lives. On June 13, 2007, the defendant posted the securities and was released.

    At this time, I request that Your Honor modify the bail conditions so that the defendant can travel for the holidays to Puerto Rico where his mother and other family members live. He wishes to travel there from December 12 to December 17. Neither the AUSA Brendan McGuire, the Pre-trial Probation Officer Adrianna Garcia of the District of New Jersey, the Probation Officer in New Jersey who Mr. Perez reports to, nor the Probation Officer of the Southern District of New York Joshua Rothman take any position regarding this application.

Page 2
**VICTOR PEREZ**

    Thank you for your consideration of this matter.

                      Sincerely yours,

                      *Mitchell Dinnerstein*

                      Mitchell Dinnerstein
                      Attorney for Victor Perez

                      **SO ORDERED:**

_____   _____
                              **HONORABLE JUDGE DENISE L. COTE**
                              United States District Judge

cc.: Brendan McGuire, AUSA
     Southern District of New York

   Adrianna Garcia
   District of New Jersey

   Joshua Rothman
   Southern District of New York